UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GILBERT VAUGHN and CORLETTA J. VAUGHN, Appellants, v. INTERNAL REVENUE SERVICE, Appellee. ---------------------------------------------------------- IN RE: GILBERT VAUGHN and CORLETTA J. VAUGHN, Debtors. Case No. 09-08038-8-RDD | **JUDGMENT** No. 4:11-CV-222-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court dated October 17, 2011.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2012, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on July 18, 2012, and Copies To:**

J. Allen Murphy (via CM/ECF Notice of Electronic Filing)
Christopher J. Williamson (via CM/ECF Notice of Electronic Filing)

July 18, 2012                    JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk