UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| GILBERT VAUGHN<br>and CORLETTA J. VAUGHN,<br><br>    Appellants,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Appellee.<br>---------------------------------------------------------<br>IN RE:<br><br>    GILBERT VAUGHN<br>    and CORLETTA J. VAUGHN,<br>        Debtors.<br>    Case No. 09-08038-8-RDD | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>No. 4:11-CV-222-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court dated October 17, 2011.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2012, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on July 18, 2012, and Copies To:**

J. Allen Murphy (via CM/ECF Notice of Electronic Filing)
Christopher J. Williamson (via CM/ECF Notice of Electronic Filing)

July 18, 2012                      JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk